RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 26 2005

LUTHER D. THOMAS, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Matthew J. Smith,<br><br>    Plaintiff,<br><br>v.<br><br>DRUID KNOLL CONDOMINIUM ASSOCIATION, INC., ROBIN GUSTAFSON, CYNTHIA BROWN, ANDREW BRENNER, DAN HENNING JARED KING, JOHN KIDD, and COMMUNITY MANAGEMENT ASSOCIATES, INC., JOINTLY AND SEVERALLY<br><br>    Defendants. | CIVIL ACTION<br><br>File No. 1 04 CV 3804 |

## JOINT CONSENT ORDER FOR REMAND

It appearing to this court that this court has no jurisdiction over the above-styled case.

IT IS HEREBY ORDERED, that the above-styled case be and hereby is remanded to the State Court of Dekalb County, State of Georgia nunc pro tunc for want of jurisdiction in this court. The undersigned parties to the above-styled case hereby voluntarily consent to this Order and respectfully request that this action be remanded from the United States District Court

1

for the Northern District of Georgia, Atlanta Division to the State Court of Dekalb County, State of Georgia.

25 January 2005
Date

James Hugh Potts II
Attorney for Plaintiff
Georgia Bar No: 585677

James Hugh Potts II, LLC
3414 Peachtree Road, N.E,
Suite 1130
Atlanta, GA 30326

Date

Scott A. Johnson
Attorney for Defendants
Georgia Bar No: 392092

Weissman, Nowack, Curry & Wilco, P.C.
3500 Lenox Road,
4th Floor
Atlanta, GA 30326

SO ORDERED this _____ day of _____, 2005.

/S/_____
United States District Judge